**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **JEFF SASSER,** | **CIVIL ACTION NO. 6:25-CV-150-KKC** |
| **Petitioner,** | |
| **V.** | **ORDER** |
| **JACOB BRUCE,** *Warden, Southeast State Correctional Complex,* | |
| **Respondent.** | |

*** *** ***

This matter is before the Court on petitioner Jeff Sasser's petition for a writ of habeas corpus (R. 1) under 28 U.S.C. § 2254 and the magistrate judge's recommendation that the petition be denied (R. 15).

After a jury trial, Sasser was convicted in Kentucky state court for first degree burglary, receiving stolen property, first-degree robbery, and being a first-degree persistent felony offender. The state court sentenced him to 30 years in prison.

The magistrate judge has entered a recommendation that Sasser's petition for habeas relief in this Court be denied. Damrell did not file any objections and the deadline to do so has passed. Further, the Court has reviewed the recommendation and agrees with its analysis and conclusions.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (R. 15) is ADOPTED as the Court's opinion;

2) Sasser's petition for habeas relief under 28 U.S.C. § 2254 (R. 1) is DENIED;

3) a certificate of appealability will not be issued, Sasser having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a Judgment consistent with this Order and the Report and Recommendation will

be entered.

This 22nd day of June, 2026.

Signed By:

*Karen K. Caldwell*

**United States District Judge**